[No. 13002-1-I. Division One. July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY LEE COMBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-02972-2, Anthony P. Wartnik, J., entered March 24, 1983. *Affirmed* by unpublished opinion per

Durham, C.J., concurred in by Andersen and Corbett, JJ.